IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RONNIE FORD and
PAULA FORD                                                                                    PLAINTIFFS

v.                            Case No. 3:18-cv-00244-KGB

WRIGHT MEDICAL TECHNOLOGY
INC., A Delaware corporation                                                                  DEFENDANT

## ORDER

Before the Court is plaintiffs Ronnie Ford and Paula Ford's notice of dismissal of claims against defendant Wright Medical Technology, Inc. (Dkt. No. 6). The Fords seek to dismiss with prejudice all claims against Wright Medical Technology, Inc. (*Id.*, ¶ 1). The Fords assert that the parties shall bear their own costs and fees incurred with respect to this matter (*Id.*, ¶ 2).

For good cause shown, the Court grants plaintiffs' motion to dismiss (Dkt. No. 3). The Fords' claims are hereby dismissed with prejudice. There are no pending claims between any parties to this action; therefore, this action is terminated.

It is so ordered this 3rd day of February, 2020.

Kristine G. Baker
United States District Judge