IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RONNIE FORD and
PAULA FORD                                                                                    PLAINTIFFS

v.                              Case No. 3:18-cv-00244-KGB

WRIGHT MEDICAL TECHNOLOGY
INC., A Delaware corporation                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiffs Ronnie Ford and Paula Ford's complaint is dismissed with prejudice.

So adjudged this 3rd day of February, 2020.

_____
Kristine G. Baker
United States District Judge